

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2020

No. 04-20-00044-CV

**IN RE** Kiera **MATHIS**

Original Mandamus Proceeding[1]

## ORDER

On January 23, 2020, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 5, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-PA-01737, styled *In the Interest of C.W., N.M., and M.S., Children*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Charles E. Montemayor presiding.